IGNACIA S. MORENO, Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
Washington, D.C. 20530

J. BRETT GROSKO (Maryland Bar)
Wildlife and Marine Resources Section
Environment & Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
TEL: (202) 305-0342
FAX: (202) 305-0275
E-mail: brett.grosko@usdoj.gov

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiff*, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, <br><br> *Defendant*. | Case No. 11-cv-04779 |

**STIPULATION AND [PROPOSED] ORDER TO AMEND THE STIPULATED SETTLEMENT AGREEMENT AFFIRMED BY THIS COURT ON NOVEMBER 8, 2011**

Plaintiff Center for Biological Diversity ("Plaintiff") and Defendant National Marine Fisheries Service ("NMFS") declare as follows:

WHEREAS, Plaintiff filed a Complaint (Dkt. No. 1) in the above-captioned case on September 27, 2011, in the District Court for the Northern District of California;

WHEREAS, Plaintiff and NMFS entered into a Stipulated Settlement Agreement (Dkt. No. 5) in the above-captioned case on September 27, 2011;

WHEREAS, this Court affirmed the Stipulated Settlement Agreement (Dkt. No. 10) ("Agreement") in the above-captioned case on November 8, 2011;

WHEREAS, the Agreement requires NMFS to issue a 12-Month Finding as to the 82 coral species for which it has made a positive 90-day finding under the Endangered Species Act by April 15, 2012;

WHEREAS, Paragraph 3 of the Agreement provides that:

> The Order entering this Stipulation may be modified by the Court upon good cause shown, consistent with the Federal Rules of Civil Procedure, by written stipulation between the Parties filed with and approved by the Court . . . .;

WHEREAS, there have been no prior requests for extension of the April 15, 2012 deadline;

WHEREAS, NMFS has determined that its decision-making process for the 12-Month Finding would be strengthened if additional time is taken to publicly review, confirm, and validate the information on which NMFS has relied to date and the scientific approach employed thus far;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. Paragraph 1 of the Agreement shall be modified to read as follows:

> On or before December 1, 2012, NMFS shall submit to the *Federal Register* for publication a 12-Month Finding as to the 82 coral species for which NMFS has made its Positive 90-Day Finding.

2. On or before April 15, 2012, NMFS shall publish and request public comment on its (a) Status Review Report of 82 Candidate Coral Species Petitioned Under the U.S. Endangered Species Act; and (b) draft Management Report for 82 Corals Status Review under the Endangered Species Act: Assessment of Existing Regulatory Mechanisms and Conservation Efforts.

3. On the day that NMFS submits its 12-Month Finding to the *Federal Register*, by December 1, 2012, pursuant to Paragraph 1 of the Agreement, NMFS shall provide the Plaintiff a copy of the 12-Month Finding.

Respectfully submitted this 13th day of March, 2012.

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

        <u>/s/ J. Brett Grosko</u>
        J. BRETT GROSKO (Maryland Bar)
        Wildlife and Marine Resources Section
        Environment & Natural Resources Section
        United States Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        TEL: (202) 305-0342
        FAX: (202) 305-0275
        E-mail: brett.grosko@usdoj.gov

        *Attorney for Defendant*

        <u>/s/ Miyoko Sakashita</u>
        MIYOKO SAKASHITA
        Center for Biological Diversity
        351 California St., Suite 600
        San Francisco, CA 94104
        Section Tel: (415) 436-9682
        Fax: (415) 436-9683
        miyoko@biologicaldiversity.org

        *Attorney for Plaintiff*

IS SO AGREED AND AFFIRMED,

Dated: March 14, 2012

_____
Honorable Elizabeth D. Laporte
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused the foregoing to be served upon counsel of record, as indicated below, through the Court's electronic service system (ECF/CM):

Miyoko Sakashita:                     miyoko@biologicaldiversity.org

Catherine Cain Ware Kilduff:          ckilduff@biologicaldivesrity.org

Dated:         March 13, 2012.

*/s/ J. Brett Grosko*
*Attorney for Defendant*